## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THE PRUDENTIAL INSURANCE** ) | |
| **COMPANY OF AMERICA** *et al*., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| *vs*. ) | Civil Action no.        05-CV-2182-CM |
| ) | |
| **RUSSELL FIEGER,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER CONTINUING *TEMPORARY RESTRAINING ORDER*

**UPON** statements of counsel for the plaintiffs and the defendant, the Court hereby modifies the Temporary Restraining Order (Doc. 6), entered on May 6, 2005, as follows:

4.    The Temporary Restraining Order (Doc. 6) is extended to June 16, 2005.

7.    The defendant shall appear on **June 16, 2005, at 10:00 a.m**. and show cause why the Temporary Restraining Order (Doc. 6) and this Order Continuing *Temporary Restraining Order* should not be converted into a preliminary injunction; and that the defendant's opposition papers, if any, shall be served and filed no later than June 6, 2005, and that the plaintiffs' reply papers, if any, shall be served and filed no later than June 11, 2005.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

**Dated**: May 17, 2005.
at Kansas City, Kansas                                       **s/ Carlos Murguia**
                                                             **Carlos Murguia**

-1-

Dockets.Justia.com

**United States District Judge**

*Approved by*:

**BADGER & LEVINGS, L.L.C.**

/s/
_____
**Theresa L.F. Levings        D. Kan. # 70356**
**Elizabeth D. Badger        D. Kan. # 10698**
**1101 Walnut Avenue, Suite 1207**
**Kansas City, Missouri 64106**
**Tel:    (816) 421-2828**
**Fax:   (816) 471-4629**
         **and**
**Leonard Weintraub,** *pro hac vice*
**Paduano & Weintraub, L.L.P.**
**1251 Avenue of the Americas, 9th Floor**
**New York, New York 10020**
**Tel:    (212) 785-9100**
**Fax:   (212) 785-9099**

**ATTORNEYS FOR PLAINTIFFS**

*Approved by*:

**KENT T. PERRY & CO., L.C.**

/s/
_____
**Kent T. Perry         D. Kan. # 06567**
**Gregory M. Dennis   D. Kan. # 11126**
**7300 West 110th Street, Suite 260**
**Overland Park, Kansas 66210-2387**
**Tel:    (913) 498-1700**
**Fax:   (913) 498-8488**

**ATTORNEYS FOR DEFENDANT**